UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA CRUZ,<br><br>　　　　　　　　　　　Defendant. | Case No.: 06cr1243 DMS<br><br>**ORDER DENYING MOTION UNDER § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

　　　This case returns to the Court on Defendant's motion under § 2255 to vacate, set aside or correct his sentence. This is Defendant's second motion under § 2255. However, there is no evidence Defendant has received authorization from the Ninth Circuit for this filing. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the

///
///
///
///
///
///

1

application.")  In the absence of such evidence, this Court lacks jurisdiction to consider Defendant's motion, and it must be dismissed.  *United States v. Lopez*, 577 F.3d 1053, 1061 (9th Cir. 2009).

**IT IS SO ORDERED**.

Dated:  December 21, 2020

Hon. Dana M. Sabraw
United States District Judge